UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLYDE LEWIS *also known as* LOUIS RANDOLPH,<br><br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>JAMES DZURENDA et al.,<br><br>　　　　　　　　　Defendants | Case No.  2:19-cv-01729-KJD-DJA<br><br>ORDER |

On October 9, 2020, this Court issued a screening order directing Plaintiff to file an amended complaint and directing the Clerk of the Court to send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint, a copy of his original complaint, and a copy of his ninth claim.  (ECF No. 4 at 11).  On October 23, 2020, Plaintiff filed a motion for copies of the screening order, his original complaint, and his ninth claim.  (ECF No. 7 at 1).  According to Plaintiff's motion, he only received a copy of the electronic minutes of the screening order and the approved § 1983 complaint form but never received the screening order or copies of his original complaint and ninth claim.  (*Id.* at 2).  Plaintiff also seeks an extension of time to file his amended complaint.  (*Id.*) The Court grants Plaintiff's motion to receive copies of the screening order, original complaint, and ninth claim and will grant Plaintiff until Monday, November 30, 2020, to file an amended complaint.

For the foregoing reasons, it is ordered that the motion for copies (ECF No. 7) is granted.

It is further ordered that the Clerk of the Court will send to Plaintiff courtesy copies of the screening order (ECF No. 4), his original complaint (ECF No. 5), and his ninth claim (ECF No. 3).

It is further ordered that if Plaintiff chooses to file a first amended complaint curing the deficiencies of his complaint, as outlined in the screening order (ECF No. 4), Plaintiff will file the first amended complaint on or before Monday, November 30, 2020.

It is further ordered that, if Plaintiff fails to file a first amended complaint curing the deficiencies outlined in the screening order, this action will be subject to dismissal without prejudice.

DATED THIS 26th day of October 2020.

_____
UNITED STATES MAGISTRATE JUDGE