UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLYDE LEWIS *also known as* LOUIS RANDOLPH,<br><br>        Plaintiff<br><br> v.<br><br>JAMES DZURENDA et al.,<br><br>        Defendants | Case No. 2:19-cv-01729-KJD-DJA<br><br>ORDER |

**I. DISCUSSION**

 Plaintiff seeks an extension of time to file his first amended complaint due to the current COVID-19 lockdown restrictions and a backlog with inmate requests at the law library. (ECF No. 9). The Court grants the motion for extension of time. Plaintiff shall file his first amended complaint on or before Wednesday, December 23, 2020. If Plaintiff fails to file a timely first amended complaint, this action will be subject to dismissal without prejudice. (*See* ECF No. 4 at 12).

**II. CONCLUSION**

 For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 9) is granted.

 It is further ordered that Plaintiff shall file his first amended complaint on or before Wednesday, December 23, 2020.

 It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action will be subject to dismissal without prejudice.

 DATED this 4th day of December 2020.

_____
UNITED STATES MAGISTRATE JUDGE