# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLYDE LEWIS., | Case No. 2:19-cv-01729-KJD-DJA |
| Plaintiff, | **ORDER RE-SETTING INMATE EARLY MEDIATION** |
| v. | |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

The Court previously issued an order establishing the requirements for the inmate early mediation in this case. ECF No. 15. That order continues to govern the inmate early mediation except as **MODIFIED** as follows:

- Due to technical difficulties at the Southern Desert Correctional Center, the inmate early mediation was unable to proceed as scheduled. It is reset to **April 30, 2021, at 8:30 a.m.;** and

- Should the parties need to supplement their mediation briefs or email addresses for the remote mediation, their supplement(s) must be received **no later than 4:00 p.m., on April 23, 2021**.

**IT IS SO ORDERED.**

**DATED** this 19th day of April 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE